1    GARY M. RESTAINO
     United States Attorney
2    District of Arizona
     MICHAEL R. LIZANO
3    Assistant U.S. Attorney
     United States Courthouse
4    405 W. Congress Street, Suite 4800
     Tucson, Arizona 85701
5    Telephone: 520-620-7300
     Email: michael.perez-lizano@usdoj.gov
6    Attorneys for Plaintiff

**FILED**

2023 OCT -5  PM 7: 5.

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9    United States of America, | Case No.: 22-CR-02454-RCC-MSA |
| 10             Plaintiff, | **S E C O N D** |
| 11 | **S U P E R S E D I N G** |
| 12       vs. | **I N D I C T M E N T** |
| 13 | **(UNDER SEAL)** |
| 14    1. Alberto Gabriel Aranda-Ramon,<br>      (Counts 1, 7, 9, 13, 15-16, 20-26, 31-<br>      33, 35), | Violations: |
| 15 | |
| 16    2. Amanda Rachelle Miller,<br>      (Counts 1-14, 17-19), | 21 U.S.C. § 846<br>(Conspiracy to Distribute Fentanyl,<br>Methamphetamine, Cocaine, Heroin,<br>and Marijuana)<br>Count 1 |
| 17    3. Michele Oller,<br>      (Counts 1-7, 9-11, 15-16, 20-23), | |
| 18 | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(vi), 18 U.S.C. § 2<br>(Possession with Intent to Distribute<br>Fentanyl, Aiding and Abetting)<br>Counts 7, 9, 10, 11, 12, 13, 21, 23, 34 |
| 19    4. Larry William Nelson, Jr.,<br>      (Counts 1-2), | |
| 20 | |
| 21    5. Ashley Yvonne Maxwell,<br>      (Counts 1, 8), | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(B)(vi), 18 U.S.C. § 2<br>(Possession with Intent to Distribute<br>Fentanyl, Aiding and Abetting)<br>Counts 3, 4, 6, 14 |
| 22    6. William Doyal Chesmore,<br>      (Counts 1, 8), | |
| 23    7. Leah Jean Holmes,<br>      (Counts 1, 12-13), | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(C), 18 U.S.C. § 2<br>(Possession with Intent to Distribute<br>Fentanyl, Aiding and Abetting)<br>Count 2 |
| 24    8. Jillian Malamalama Ke Anuenue Neal,<br>      (Counts 1, 13, 35), | |
| 25 | |
| 26    9. Joel Anthony McDonald,<br>      (Counts 1, 14), | 21 U.S.C. §§ 841(a)(1) and<br>841(b)(1)(A)(viii), 18 U.S.C. § 2<br>(Possession with Intent to Distribute<br>Methamphetamine, Aiding and |
| 27 | |
| 28    10. Alexander Anthony Ruiz,<br>      (Counts 1, 17-19), | |

1  11. Andrew Grijalva,
       (Counts 1, 20-23),

2
3  12. Rodrigo Lopez-Lozoya,
       aka Rodrigo Lozoya-Portillo,
4          (Counts 1, 22-23, 27-28),

5  13. Jesus Ramon Lozoya-Portillo,
       (Counts 1, 16, 22-23, 27-30),

6
7  14. Robert William Pope,
       (Counts 1, 4),

8  15. Yehoshua James Thimothy Kilp,
       (Counts 1, 17-19),

9
   16. Felicia Marie Olivas,
10     (Counts 1, 34),

11 17. Yesenia Marlen Torres,
       (Counts 1, 34),

12
   18. Alberto Hernandez-Valdez,
13     (Counts 1, 35-36),

14 19. Whitney Marie Molina,
       (Count 35),

15
   20. Lisa Joanne Sourathathone,
16     (Count 35),

17                     Defendants.

18
19
20
21
22
23
24
25
26
27
28

Abetting)
Counts 5, 8, 15, 16, 20, 22

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(A)(ii)(II), 18 U.S.C. § 2
(Possession with Intent to Distribute
Cocaine, Aiding and Abetting)
Count 27

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(B)(ii)(II), 18 U.S.C. § 2
(Possession with Intent to Distribute
Cocaine, Aiding and Abetting)
Count 24

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(A)(i), 18 U.S.C. § 2
(Possession with Intent to Distribute
Heroin, Aiding and Abetting)
Count 28

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(B)(i), 18 U.S.C. § 2
(Possession with Intent to Distribute
Heroin, Aiding and Abetting)
Count 25

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(D), 18 U.S.C. § 2
(Possession with Intent to Distribute
Marijuana, Aiding and Abetting)
Count 26

18 U.S.C. §§ 922(g)(5)(A) and
924(a)(8)
(Prohibited Possession of Firearms)
Counts 29, 31

18 U.S.C. §§ 924(c)(1)(A)(i), 18
U.S.C. § 2
(Possession of Firearms in Furtherance
of a Drug Trafficking Crime, Aiding
and Abetting)
Counts 30, 32

18 U.S.C. § 1956(h)
(Conspiracy to Launder Monetary
Instruments)
Counts 17, 35

18 U.S.C. § 1956(a)(1)(B)(i), 18
U.S.C. § 2
(Money Laundering, Aiding and
Abetting)
Counts 18, 19

18 U.S.C. § 1014
(False Statement to Mortgage Lending Business)
Count 36

8 U.S.C. § 1326(a)
(Reentry of Removed Alien)
Count 33

18 U.S.C. §§ 924(d), 982; 21 U.S.C. § 853; 28 U.S.C. § 2461(c)
Forfeiture Allegation

(UNDER SEAL)

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning on or about September 21, 2021, to on or about December 7, 2022, in the District of Arizona and elsewhere, ALBERTO GABRIEL ARANDA-RAMON, AMANDA RACHELLE MILLER, MICHELE OLLER, LARRY WILLIAM NELSON, JR., ASHLEY YVONNE MAXWELL, WILLIAM DOYAL CHESMORE, LEAH JEAN HOLMES, JILLIAN MALAMALAMA KE ANUENUE NEAL, JOEL ANTHONY MCDONALD, ALEXANDER ANTHONY RUIZ, ANDREW GRIJALVA, RODRIGO LOPEZ-LOZOYA, aka RODRIGO LOZOYA-PORTILLO, JESUS RAMON LOZOYA-PORTILLO, ROBERT WILLIAM POPE, YEHOSHUA JAMES THIMOTHY KILP, FELICIA MARIE OLIVAS, YESENIA MARLEN TORRES, and ALBERTO HERNANDEZ-VALDEZ did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the Grand Jury to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II); 1

1   kilogram or more of a mixture or substance containing a detectable amount of heroin, a
2   Schedule I controlled substance, in violation of Title 21, United States Code, Sections
3   841(a)(1) and 841(b)(1)(A)(i); and less than 50 kilograms of marijuana, a Schedule I
4   controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and
5   841(b)(1)(D).

6       All in violation of Title 21, United States Code, Section 846.

7                           **COUNT 2**

8       On or about September 28, 2021, in the District of Arizona, AMANDA
9   RACHELLE MILLER, MICHELE OLLER, and LARRY WILLIAM NELSON, JR. did
10  knowingly and intentionally possess with intent to distribute a quantity of a mixture or
11  substance containing a detectable amount of fentanyl, a Schedule II controlled substance;
12  and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of
13  Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States
14  Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

15                          **COUNT 3**

16      On or about September 30, 2021, in the District of Arizona, AMANDA
17  RACHELLE MILLER and MICHELE OLLER did knowingly and intentionally possess
18  with intent to distribute 40 grams or more of a mixture or substance containing a detectable
19  amount of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel,
20  command, induce, procure, and cause the same, in violation of Title 21, United States
21  Code, Sections 841(a)(1) and 841(b)(1)(B)(vi); Title 18, United States Code, Section 2;
22  and *Pinkerton v. United States*, 328 U.S. 640 (1946).

23                          **COUNT 4**

24      On or about October 13, 2021, in the District of Arizona, AMANDA RACHELLE
25  MILLER, MICHELE OLLER, and ROBERT WILLIAM POPE did knowingly and
26  intentionally possess with intent to distribute 40 grams or more of a mixture or substance
27  containing a detectable amount of fentanyl, a Schedule II controlled substance; and did aid,
28  abet, counsel, command, induce, procure, and cause the same, in violation of Title 21,

1   United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi); Title 18, United States Code,

2   Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT 5

4   On or about October 21, 2021, in the District of Arizona, AMANDA RACHELLE

5   MILLER and MICHELE OLLER did knowingly and intentionally possess with intent to

6   distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or

7   substance containing a detectable amount of methamphetamine, a Schedule II controlled

8   substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in

9   violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title

10  18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT 6

12  On or about October 21, 2021, in the District of Arizona, AMANDA RACHELLE

13  MILLER and MICHELE OLLER did knowingly and intentionally possess with intent to

14  distribute 40 grams or more of a mixture or substance containing a detectable amount of

15  fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command, induce,

16  procure, and cause the same, in violation of Title 21, United States Code, Sections

17  841(a)(1) and 841(b)(1)(B)(vi); Title 18, United States Code, Section 2; and *Pinkerton v.*

18  *United States*, 328 U.S. 640 (1946).

## COUNT 7

20  On or about October 28, 2021, in the District of Arizona, ALBERTO GABRIEL

21  ARANDA-RAMON, AMANDA RACHELLE MILLER, and MICHELE OLLER did

22  knowingly and intentionally possess with intent to distribute 400 grams or more of a

23  mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled

24  substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in

25  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title

26  18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

27  / / /

28  / / /

1

**COUNT 8**

2    On or about November 3, 2021, in the District of Arizona, AMANDA RACHELLE

3  MILLER, ASHLEY YVONNE MAXWELL, and WILLIAM DOYAL CHESMORE did

4  knowingly and intentionally possess with intent to distribute 50 grams or more of

5  methamphetamine, or 500 grams or more of a mixture or substance containing a detectable

6  amount of methamphetamine, a Schedule II controlled substance; and did aid, abet,

7  counsel, command, induce, procure, and cause the same, in violation of Title 21, United

8  States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code,

9  Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

10

**COUNT 9**

11    On or about November 22, 2021, in the District of Arizona, ALBERTO GABRIEL

12  ARANDA-RAMON, AMANDA RACHELLE MILLER, and MICHELE OLLER did

13  knowingly and intentionally possess with intent to distribute 400 grams or more of a

14  mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled

15  substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in

16  violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title

17  18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

18

**COUNT 10**

19    On or about December 16, 2021, in the District of Arizona, AMANDA RACHELLE

20  MILLER and MICHELE OLLER did knowingly and intentionally possess with intent to

21  distribute 400 grams or more of a mixture or substance containing a detectable amount of

22  fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command, induce,

23  procure, and cause the same, in violation of Title 21, United States Code, Sections

24  841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v.*

25  *United States*, 328 U.S. 640 (1946).

26

**COUNT 11**

27    On or about February 17, 2022, in the District of Arizona, AMANDA RACHELLE

28  MILLER and MICHELE OLLER did knowingly and intentionally possess with intent to

1  distribute 400 grams or more of a mixture or substance containing a detectable amount of
2  fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command, induce,
3  procure, and cause the same, in violation of Title 21, United States Code, Sections
4  841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v.*
5  *United States*, 328 U.S. 640 (1946).

## COUNT 12

7  On or about April 28, 2022, in the District of Arizona, AMANDA RACHELLE
8  MILLER and LEAH JEAN HOLMES did knowingly and intentionally possess with intent
9  to distribute 400 grams or more of a mixture or substance containing a detectable amount
10  of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command,
11  induce, procure, and cause the same, in violation of Title 21, United States Code, Sections
12  841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v.*
13  *United States*, 328 U.S. 640 (1946).

## COUNT 13

15  On or about June 9, 2022, in the District of Arizona, ALBERTO GABRIEL
16  ARANDA-RAMON, AMANDA RACHELLE MILLER, JILLIAN MALAMALAMA KE
17  ANUENUE NEAL, and LEAH JEAN HOLMES did knowingly and intentionally possess
18  with intent to distribute 400 grams or more of a mixture or substance containing a
19  detectable amount of fentanyl, a Schedule II controlled substance; and did aid, abet,
20  counsel, command, induce, procure, and cause the same, in violation of Title 21, United
21  States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section
22  2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

## COUNT 14

24  On or about June 22, 2022, in the District of Arizona, AMANDA RACHELLE
25  MILLER and JOEL ANTHONY MCDONALD did knowingly and intentionally possess
26  with intent to distribute 40 grams or more of a mixture or substance containing a detectable
27  amount of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel,
28  command, induce, procure, and cause the same, in violation of Title 21, United States

1    Code, Sections 841(a)(1) and 841(b)(1)(B)(vi); Title 18, United States Code, Section 2;

2    and *Pinkerton v. United States*, 328 U.S. 640 (1946).

3                                    **COUNT 15**

4            On or about August 24, 2022, in the District of Arizona, ALBERTO GABRIEL

5    ARANDA-RAMON and MICHELE OLLER did knowingly and intentionally possess with

6    intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a

7    mixture or substance containing a detectable amount of methamphetamine, a Schedule II

8    controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the

9    same, in violation of Title 21, United States Code, Sections 841(a)(1) and

10   841(b)(1)(A)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*,

11   328 U.S. 640 (1946).

12                                   **COUNT 16**

13           On or about September 7, 2022, in the District of Arizona, ALBERTO GABRIEL

14   ARANDA-RAMON, MICHELE OLLER, and JESUS RAMON LOZOYA-PORTILLO

15   did knowingly and intentionally possess with intent to distribute 50 grams or more of

16   methamphetamine, or 500 grams or more of a mixture or substance containing a detectable

17   amount of methamphetamine, a Schedule II controlled substance; and did aid, abet,

18   counsel, command, induce, procure, and cause the same, in violation of Title 21, United

19   States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code,

20   Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

21                                   **COUNT 17**

22           Beginning at a time unknown, to on or about November 10, 2022, in the District of

23   Arizona and elsewhere, AMANDA RACHELLE MILLER, YEHOSHUA JAMES

24   THIMOTHY KILP, and ALEXANDER ANTHONY RUIZ did knowingly and

25   intentionally combine, conspire, confederate, and agree together and with other persons

26   known and unknown to the Grand Jury to commit offenses against the United States in

27   violation of Title 18, United States Code, Section 1956, to wit:

28

*United States of America v. Aranda-Ramon, et al.*
*Second Superseding Indictment Page 8 of 22*

1   to knowingly conduct and attempt to conduct financial transactions affecting

2   interstate commerce and foreign commerce, which transactions involved the proceeds of

3   specified unlawful activity, that is the distribution of controlled substances, in violation

4   of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying

5   on of said specified unlawful activity; and knowing that the transactions were designed in

6   whole and in part to conceal and disguise the nature, location, source, ownership, and

7   control of the proceeds of said specified unlawful activity, and, while conducting and

8   attempting to conduct said financial transactions, knowing that the property involved in the

9   financial transactions represented the proceeds of some form of unlawful activity, in

10  violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i);

11  and

12  to knowingly transport, transmit, and transfer monetary instruments and funds from

13  a place in the United States to and through a place outside the United States, with the intent

14  to promote the carrying on of specified unlawful activity, that is the distribution of

15  controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); and

16  knowing that the monetary instruments and funds involved in the transportation,

17  transmission, and transfer represented the proceeds of some form of unlawful activity, and

18  further knowing that said transportation, transmission, and transfer was designed in whole

19  and in part to conceal and disguise the nature, location, source, ownership and control of

20  the proceeds of said specified unlawful activity, in violation of Title 18, United States

21  Code, Sections 1956(a)(2)(A) and 1956(a)(2)(B)(i).

22  All in violation of Title 18, United States Code, Section 1956(h).

23  **COUNT 18**

24  On or about June 7, 2022, in the District of Arizona and elsewhere, AMANDA

25  RACHELLE MILLER, YEHOSHUA JAMES THIMOTHY KILP, and ALEXANDER

26  ANTHONY RUIZ knowingly conducted, and aided, abetted, counseled, commanded,

27  induced, and procured, a financial transaction affecting interstate commerce and foreign

28  commerce, that is, a wire transfer of $7,000 in United States currency from Wells Fargo

1   bank account number xx-3720 to J.P. Morgan Chase bank account number xx-2356,

2   knowing that the property involved in the financial transaction represented the proceeds of

3   some form of unlawful activity, and which property was, in fact, the proceeds of specified

4   unlawful activity, that is, distribution of controlled substances, in violation of Title 21,

5   United States Code, Section 841(a)(1), knowing that the transaction was designed in whole

6   and in part to conceal and disguise the nature, location, source, ownership, and control of

7   the proceeds of said specified unlawful activity, in violation of Title 18, United States

8   Code, Section 1956(a)(1)(B)(i); Title 18, United States Code, Section 2; and *Pinkerton v.*

9   *United States*, 328 U.S. 640 (1946).

10                                      **COUNT 19**

11          On or about June 8, 2022, in the District of Arizona, AMANDA RACHELLE

12   MILLER, YEHOSHUA JAMES THIMOTHY KILP, and ALEXANDER ANTHONY

13   RUIZ knowingly conducted, and aided, abetted, counseled, commanded, induced, and

14   procured, a financial transaction affecting interstate commerce and foreign commerce, that

15   is, the withdrawal of $6,800 in United States currency from J.P. Morgan Chase bank

16   account number xx-2356 and delivery of the same to ALEXANDER ANTHONY RUIZ,

17   knowing that the property involved in the financial transaction represented the proceeds of

18   some form of unlawful activity, and which property was, in fact, the proceeds of specified

19   unlawful activity, that is, distribution of controlled substances, in violation of Title 21,

20   United States Code, Section 841(a)(1), knowing that the transaction was designed in whole

21   and in part to conceal and disguise the nature, location, source, ownership, and control of

22   the proceeds of said specified unlawful activity, in violation of Title 18, United States

23   Code, Section 1956(a)(1)(B)(i); Title 18, United States Code, Section 2; and *Pinkerton v.*

24   *United States*, 328 U.S. 640 (1946).

25                                      **COUNT 20**

26          On or about November 2, 2022, in the District of Arizona, ALBERTO GABRIEL

27   ARANDA-RAMON, MICHELE OLLER, and ANDREW GRIJALVA did knowingly and

28   intentionally possess with intent to distribute 50 grams or more of methamphetamine, or

500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### COUNT 21

On or about November 2, 2022, in the District of Arizona, ALBERTO GABRIEL ARANDA-RAMON, MICHELE OLLER, and ANDREW GRIJALVA did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### COUNT 22

On or about December 7, 2022, in the District of Arizona, ALBERTO GABRIEL ARANDA-RAMON, MICHELE OLLER, ANDREW GRIJALVA, RODRIGO LOPEZ-LOZOYA, aka RODRIGO LOZOYA-PORTILLO, and JESUS RAMON LOZOYA-PORTILLO did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### COUNT 23

On or about December 7, 2022, in the District of Arizona, ALBERTO GABRIEL ARANDA-RAMON, MICHELE OLLER, ANDREW GRIJALVA, RODRIGO LOPEZ-LOZOYA, aka RODRIGO LOZOYA-PORTILLO, and JESUS RAMON LOZOYA-PORTILLO did knowingly and intentionally possess with intent to distribute 400 grams or

*United States of America v. Aranda-Ramon, et al.*
*Second Superseding Indictment Page 11 of 22*

more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### COUNT 24

On or about December 7, 2022, in the District of Arizona, ALBERTO GABRIEL ARANDA-RAMON did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### COUNT 25

On or about December 7, 2022, in the District of Arizona, ALBERTO GABRIEL ARANDA-RAMON did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### COUNT 26

On or about December 7, 2022, in the District of Arizona, ALBERTO GABRIEL ARANDA-RAMON did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

1

**COUNT 27**

2  On or about December 7, 2022, in the District of Arizona, RODRIGO LOPEZ-

3  LOZOYA, aka RODRIGO LOZOYA-PORTILLO, and JESUS RAMON LOZOYA-

4  PORTILLO did knowingly and intentionally possess with intent to distribute 5 kilograms

5  or more of a mixture or substance containing a detectable amount of cocaine, a Schedule

6  II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause

7  the same, in violation of Title 21, United States Code, Sections 841(a)(1) and

8  841(b)(1)(A)(ii)(II); Title 18, United States Code, Section 2; and *Pinkerton v. United*

9  *States*, 328 U.S. 640 (1946).

10

**COUNT 28**

11  On or about December 7, 2022, in the District of Arizona, RODRIGO LOPEZ-

12  LOZOYA, aka RODRIGO LOZOYA-PORTILLO, and JESUS RAMON LOZOYA-

13  PORTILLO did knowingly and intentionally possess with intent to distribute 1 kilogram

14  or more of a mixture or substance containing a detectable amount of heroin, a Schedule I

15  controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the

16  same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i);

17  Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640

18  (1946).

19

**COUNT 29**

20  From a date unknown to on or about December 7, 2022, in the District of Arizona,

21  JESUS RAMON LOZOYA-PORTILLO, knowing that he was an alien illegally and

22  unlawfully in the United States, knowingly possessed firearms, in and affecting interstate

23  commerce, to wit:

24  • One Smith & Wesson M&P 15-22 .22 LR rifle, bearing serial number JAL3646;

25  • One CN Romarm SA/Cugir (Century Arms International) WASR-10 7.62 x

26  39mm rifle, bearing serial number 1-60617-03;

27  • One Browning Arms Company Auto – 5 Lightweight (Light Twelve) 12 GA

28  shotgun, bearing serial number 400622;

1   • One Colt Pt. F.A. MFG. Co. Agent .38 Special revolver, bearing serial number
2       W11127;
3   • One Kimber Stainless Target II 9mm pistol, bearing serial number KF35291;
4   • One Grendel Inc. P-30 22 Magnum pistol, bearing serial number 13648;
5   • One Palmetto State Armory PA-15 multi-caliber rifle, bearing serial number
6       SCD428014;
7   • One Ruger SR1911 .45 auto pistol, bearing serial number 670-24264;
8   • One Zastava Arms (PW Arms) M57 7.62 x 25mm pistol, bearing serial number
9       225147;
10  • One Hi-Point Firearms by Beemiller Inc. Model 995 9mm x 19 rifle, bearing
11      serial number E 51233;
12  • One Marlin Firearms Co. Model 60 .22 LR rifle, bearing serial number
13      16378986; and
14  • One Ruger Model 10/22 .22 LR rifle, bearing serial number 0002-55706.
15  All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

16  <div align="center">**COUNT 30**</div>

17      On or about December 7, 2022, in the District of Arizona, JESUS RAMON
18  LOZOYA-PORTILLO did knowingly possess firearms, to wit:
19  • One Smith & Wesson M&P 15-22 .22 LR rifle, bearing serial number JAL3646;
20  • One CN Romarm SA/Cugir (Century Arms International) WASR-10 7.62 x
21      39mm rifle, bearing serial number 1-60617-03;
22  • One Browning Arms Company Auto – 5 Lightweight (Light Twelve) 12 GA
23      shotgun, bearing serial number 400622;
24  • One Colt Pt. F.A. MFG. Co. Agent .38 Special revolver, bearing serial number
25      W11127;
26  • One Kimber Stainless Target II 9mm pistol, bearing serial number KF35291;
27  • One Grendel Inc. P-30 22 Magnum pistol, bearing serial number 13648;
28

*United States of America v. Aranda-Ramon, et al.*
*Second Superseding Indictment Page 14 of 22*

- One Palmetto State Armory PA-15 multi-caliber rifle, bearing serial number SCD428014;
- One Ruger SR1911 .45 auto pistol, bearing serial number 670-24264;
- One Zastava Arms (PW Arms) M57 7.62 x 25mm pistol, bearing serial number 225147;
- One Hi-Point Firearms by Beemiller Inc. Model 995 9mm x 19 rifle, bearing serial number E 51233;
- One Marlin Firearms Co. Model 60 .22 LR rifle, bearing serial number 16378986; and
- One Ruger Model 10/22 .22 LR rifle, bearing serial number 0002-55706;

and did so in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States; to wit, conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, as charged in Count One of this Second Superseding Indictment; and did aid, abet, counsel, command, induce, procure, and cause the same; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

### COUNT 31

From a date unknown to on or about December 7, 2022, in the District of Arizona, ALBERTO GABRIEL ARANDA-RAMON, knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed firearms, in and affecting interstate commerce, to wit:

- One Jimenez Arms Inc. J.A. .380 auto pistol, bearing serial number 314396; and
- One Tennessee Arms Company, LLC TAC-9 multi-caliber pistol, bearing serial number G000006689.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

/ / /

/ / /

1

## COUNT 32

2    On or about December 7, 2022, in the District of Arizona, ALBERTO GABRIEL

3    ARANDA-RAMON did knowingly possess firearms, to wit:

4    • One Jimenez Arms Inc. J.A. .380 auto pistol, bearing serial number 314396; and

5    • One Tennessee Arms Company, LLC TAC-9 multi-caliber pistol, bearing serial

6        number G000006689.

7    and did so in furtherance of a drug trafficking crime for which he may be prosecuted in a

8    court of the United States; to wit, conspiracy to distribute controlled substances, in

9    violation of Title 21, United States Code, Section 846, as charged in Count One of this

10   Second Superseding Indictment; and did aid, abet, counsel, command, induce, procure, and

11   cause the same; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i);

12   Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640

13   (1946).

14

## COUNT 33

15   On or about December 7, 2022, in the District of Arizona, to wit: at or near Tucson,

16   ALBERTO GABRIEL ARANDA-RAMON, an alien, entered and was found in the United

17   States of America after having been denied admission, excluded, deported, and removed

18   therefrom at or near Nogales, Arizona, on or about May 19, 2017, and not having obtained

19   the express consent of the Attorney General or the Secretary of the Department of

20   Homeland Security to reapply for admission thereto; in violation of Title 8, United States

21   Code, Section 1326(a).

22

## COUNT 34

23   On or about March 29, 2022, in the District of Arizona, FELICIA MARIE OLIVAS

24   and YESENIA MARLEN TORRES did knowingly and intentionally possess with intent

25   to distribute 400 grams or more of a mixture or substance containing a detectable amount

26   of fentanyl, a Schedule II controlled substance; and did aid, abet, counsel, command,

27   induce, procure, and cause the same, in violation of Title 21, United States Code, Sections

28

*United States of America v. Aranda-Ramon, et al.*
*Second Superseding Indictment Page 16 of 22*

1   841(a)(1) and 841(b)(1)(A)(vi); Title 18, United States Code, Section 2; and *Pinkerton v.*
2   *United States*, 328 U.S. 640 (1946).

3   <center>**COUNT 35**</center>

4       Beginning at a time unknown, to on or about December 7, 2022, in the District of
5   Arizona, ALBERTO GABRIEL ARANDA-RAMON,   ALBERTO HERNANDEZ-
6   VALDEZ, JILLIAN MALAMALAMA KE ANUENUE NEAL, WHITNEY MARIE
7   MOLINA, and LISA JOANNE SOURATHATHONE did knowingly and intentionally
8   combine, conspire, confederate, and agree together and with other persons known and
9   unknown to the Grand Jury to commit offenses against the United States in violation of
10  Title 18, United States Code, Section 1956, to wit:

11      to knowingly conduct and attempt to conduct financial transactions affecting
12  interstate commerce and foreign commerce, which transactions involved the proceeds of
13  specified unlawful activity, that is the distribution of controlled substances, in violation
14  of Title 21, United States Code, Section 841(a)(1), with the intent to promote the carrying
15  on of said specified unlawful activity; and knowing that the transactions were designed in
16  whole and in part to conceal and disguise the nature, location, source, ownership, and
17  control of the proceeds of said specified unlawful activity; and to avoid a transaction
18  reporting requirement under State or Federal law; and, while conducting and attempting to
19  conduct said financial transactions, knowing that the property involved in the financial
20  transactions represented the proceeds of some form of unlawful activity, in violation of
21  Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) and (ii).

22      All in violation of Title 18, United States Code, Section 1956(h).

23  <center>**COUNT 36**</center>

24      From on or about May 17, 2022 through and including on or about May 24, 2022,
25  in the District of Arizona, defendant ALBERTO HERNANDEZ-VALDEZ knowingly
26  made false statements for the purpose of influencing the actions of Asset Roth II, LLC, a
27  mortgage lending business, in connection with an application, advance, discount, purchase,
28  purchase agreement, repurchase agreement, commitment, and loan, in that the defendant

1   represented that 4725 East Bermuda Street, Tucson, Arizona (the "Bermuda Street

2   property") was an investment property that he did not occupy as his principal residence

3   and that he had no intention of residing there, when in truth and in fact, as the defendant

4   well knew, the Bermuda Street property was not an investment property and that he

5   occupied the Bermuda Street property as his principal residence and intended to, and did,

6   continue to reside there.

7       All in violation of Title 18, United States Code, Section 1014.

8                       **FORFEITURE ALLEGATION**

9       Upon conviction of one or more of the controlled substance offenses alleged in

10  Counts 1 through 16, 20 through 28, and 34 of this Second Superseding Indictment,

11  defendants ALBERTO GABRIEL ARANDA-RAMON, AMANDA RACHELLE

12  MILLER, MICHELE OLLER, LARRY WILLIAM NELSON, JR., ASHLEY YVONNE

13  MAXWELL, WILLIAM DOYAL CHESMORE, LEAH JEAN HOLMES, JILLIAN

14  MALAMALAMA KE ANUENUE NEAL, JOEL ANTHONY MCDONALD,

15  ALEXANDER ANTHONY RUIZ, ANDREW GRIJALVA, RODRIGO LOPEZ-

16  LOZOYA, aka RODRIGO LOZOYA-PORTILLO, JESUS RAMON LOZOYA-

17  PORTILLO, ROBERT WILLIAM POPE, YEHOSHUA JAMES THIMOTHY KILP,

18  FELICIA MARIE OLIVAS, YESENIA MARLEN TORRES, and ALBERTO

19  HERNANDEZ-VALDEZ shall forfeit to the United States pursuant to Title 21, United

20  States Code, Section 853, all right, title, and interest in (1) any property, real or personal,

21  constituting, or derived from, any proceeds the defendants obtained, directly or indirectly,

22  as the result of the said violations, and (2) any property, real or personal, used, or intended

23  to be used, in any manner or part, to commit, or to facilitate, the commission of the said

24  violations.

25      The property to be forfeited includes, but is not limited to:

26      • A sum of money equal to the amount of proceeds obtained as a result of the

27          offenses;

28      • One 2010 Nissan Altima, VIN: 1N4AL2EP4AC163205;

*United States of America v. Aranda-Ramon, et al.*
*Second Superseding Indictment Page 18 of 22*

1    - One Smith & Wesson M&P 15-22 .22 LR rifle, bearing serial number JAL3646;

2    - One CN Romarm SA/Cugir (Century Arms International) WASR-10 7.62 x

3      39mm rifle, bearing serial number 1-60617-03;

4    - One Browning Arms Company Auto – 5 Lightweight (Light Twelve) 12 GA

5      shotgun, bearing serial number 400622;

6    - One Colt Pt. F.A. MFG. Co. Agent .38 Special revolver, bearing serial number

7      W11127;

8    - One Kimber Stainless Target II 9mm pistol, bearing serial number KF35291;

9    - One Grendel Inc. P-30 22 Magnum pistol, bearing serial number 13648;

10   - One Palmetto State Armory PA-15 multi-caliber rifle, bearing serial number

11     SCD428014;

12   - One Ruger SR1911 .45 auto pistol, bearing serial number 670-24264;

13   - One Zastava Arms (PW Arms) M57 7.62 x 25mm pistol, bearing serial number

14     225147;

15   - One Hi-Point Firearms by Beemiller Inc. Model 995 9mm x 19 rifle, bearing

16     serial number E 51233;

17   - One Marlin Firearms Co. Model 60 .22 LR rifle, bearing serial number

18     16378986;

19   - One Ruger Model 10/22 .22 LR rifle, bearing serial number 0002-55706;

20   - One Jimenez Arms Inc. J.A. .380 auto pistol, bearing serial number 314396;

21   - One Tennessee Arms Company, LLC TAC-9 multi-caliber pistol, bearing serial

22     number G000006689; and

23   - The real property located at 4725 East Bermuda Street, Tucson, Arizona 85712,

24     with any and all improvements, fixtures and appurtenances attached thereto and

25     thereon, with Pima County Parcel ID 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.

26   Upon conviction of an offense in violation of Title 18, United States Code, Section

27   1956, as alleged in Counts 17 through 19 and 35 of this Second Superseding Indictment,

28   defendants AMANDA RACHELLE MILLER, YEHOSHUA JAMES THIMOTHY KILP,

1   ALEXANDER ANTHONY RUIZ, ALBERTO GABRIEL ARANDA-RAMON,
2   ALBERTO HERNANDEZ-VALDEZ, JILLIAN MALAMALAMA KE ANUENUE
3   NEAL, WHITNEY MARIE MOLINA, and LISA JOANNE SOURATHATHONE shall
4   forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all
5   right, title, and interest in any property, real or personal, involved in such offense, or
6   property traceable to such property.

7       The property to be forfeited includes, but is not limited to:

8       • A sum of money equal to the amount of proceeds involved in the offenses; and
9       • The real property located at 4725 East Bermuda Street, Tucson, Arizona 85712,
10          with any and all improvements, fixtures and appurtenances attached thereto and
11          thereon, with Pima County Parcel ID 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.

12      Upon conviction of Counts 29 through 32 of this Second Superseding Indictment,
13  the defendants, ALBERTO GABRIEL ARANDA-RAMON and JESUS RAMON
14  LOZOYA-PORTILLO, shall forfeit to the United States pursuant to Title 18, United States
15  Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and
16  ammunition involved in the commission of the offense, including, but not limited to:

17      • One Smith & Wesson M&P 15-22 .22 LR rifle, bearing serial number JAL3646;
18      • One CN Romarm SA/Cugir (Century Arms International) WASR-10 7.62 x
19          39mm rifle, bearing serial number 1-60617-03;
20      • One Browning Arms Company Auto – 5 Lightweight (Light Twelve) 12 GA
21          shotgun, bearing serial number 400622;
22      • One Colt Pt. F.A. MFG. Co. Agent .38 Special revolver, bearing serial number
23          W11127;
24      • One Kimber Stainless Target II 9mm pistol, bearing serial number KF35291;
25      • One Grendel Inc. P-30 22 Magnum pistol, bearing serial number 13648;
26      • One Palmetto State Armory PA-15 multi-caliber rifle, bearing serial number
27          SCD428014;
28      • One Ruger SR1911 .45 auto pistol, bearing serial number 670-24264;

- One Zastava Arms (PW Arms) M57 7.62 x 25mm pistol, bearing serial number 225147;
- One Hi-Point Firearms by Beemiller Inc. Model 995 9mm x 19 rifle, bearing serial number E 51233;
- One Marlin Firearms Co. Model 60 .22 LR rifle, bearing serial number 16378986;
- One Ruger Model 10/22 .22 LR rifle, bearing serial number 0002-55706;
- One Jimenez Arms Inc. J.A. .380 auto pistol, bearing serial number 314396; and
- One Tennessee Arms Company, LLC TAC-9 multi-caliber pistol, bearing serial number G000006689.

Upon conviction of Count 36 of this Second Superseding Indictment, the defendant, ALBERTO HERNANDEZ-VALDEZ, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, including, but not limited to, the real property located at 4725 East Bermuda Street, Tucson, Arizona 85712, with any and all improvements, fixtures and appurtenances attached thereto and thereon, with Pima County Parcel ID 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.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

1    All pursuant to Title 18, United States Code, Sections 924(d), 982(a)(1),

2    982(a)(2)(A) and 982(b)(1); Title 21, United States Code, Section 853, Title 28, United

3    States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

4

5                                              A TRUE BILL

6                                              / S /

7                                              FOREPERSON OF THE GRAND JURY
                                               Date: October 5, 2023
8

9    GARY M. RESTAINO                          REDACTED FOR
     United States Attorney                    PUBLIC DISCLOSURE
     District of Arizona
10
         / S /
11
     _____
12   MICHAEL R. LIZANO
     Assistant U.S. Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28